1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| HEATHER MILLER fka HEATHER WILSON, | Case No. 2:16-cv-01511-TSZ |
| Plaintiff, | Honorable Thomas S. Zilly |
| v. | |
| CONVERGENT OUTSOURCING, INC., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days

**[SIGNATURE ON FOLLOWING PAGE]**

NOTICE OF SETTLEMENT                         1

Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Telephone: 206-674-4559

1

2

RESPECTFULLY SUBMITTED,

3    Date: January 4, 2017

By:   s/ Thomas A. McAvity
Thomas A. McAvity #35197
Northwest Debt Relief Law Firm
14900 Interurban Ave. So
Suite 271, PMB 43
Seattle, WA  98168
Telephone: 206-674-4559
Facsimile: 866-241-4176
Email: thomas@nwdrlf.com
*Attorney for Plaintiff, Heather Miller*

4

5

6

7

8

9

10

11

12

13

14

15

16

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT                    2                    Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Telephone: 206-674-4559

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on January 4, 2017, I electronically filed the foregoing Notice.

3

4

Service of this filing will be made by the Court's CM/ECF System upon the following:

5

Donald G. Grant

6

Donald G. Grant, P.S.
Washougal Town Square

7

Suite 245
Washougal, WA  98671

8

9

*Counsel for Defendant*

10

s/ Thomas A. McAvity

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF SETTLEMENT                    3

28

Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Telephone: 206-674-4559